## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT VOORHEES, | : | CIVIL ACTION NO.: 19-1761 |
| *Plaintiff,* | : | |
| v. | : | |
| EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES, | : | Honorable Jan E. DuBois |
| | : | **JURY TRIAL DEMANDED** |
| *Defendant.* | : | |

### NOTICE OF ENTRY OF APPEARANCE

Kindly enter my appearance as co-counsel for the Plaintiff in connection with the above captioned matter. Sidney L. Gold, Esquire will remain as counsel to the Plaintiff.

**SIDNEY L. GOLD & ASSOC., P.C.**

By: /s/ Jamie L. Ford, Esquire
JAMIE L. FORD, ESQUIRE
Attorney I.D. NO: 320631
1835 Market Street, Suite 515
Philadelphia, PA 19103
(215) 569-1999
Attorney for Plaintiff

DATED: April 29, 2019

-1-