AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.   19-cv-01761

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Educational Commission for Foreign Medical Graduates
was received by me on *(date)* 4-30-19

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*. Teleena James , who is
designated by law to accept service of process on behalf of *(name of organization)* Educational Commission
for Foreign Medical Graduates on *(date)* 5-1-19 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*
_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 5-2-19

_____
Server's signature

James Davis - Process Server
Printed name and title

235 S. 13th St. Philadelphia Pa
Server's address
19107

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Pennsylvania

| | ) | |
|---|---|---|
| ROBERT VOORHEES | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 19-cv-01761 |
| EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Educational Commission for
Foreign Medical Graduates
3624 Market Street, 4th Floor
Philadelphia, PA 19104

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
SIDNEY L. GOLD
SIDNEY L. GOLD & ASSOCIATES, PC
ELEVEN PENN CTR SUITE 515
1835 MARKET ST
PHILADELPHIA, PA 19103

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 4/23/2019

*Signature of Clerk or Deputy Clerk*

P516 2042.01



235 SOUTH 13TH STREET
PHILADELPHIA, PA 19107
PHONE: (215) 546-7400
FAX: (215) 985-0169



National Association of
Professional Process Servers

Robert Voorhees

-VS-

Educational Commission for Foreign Medical Graduates

**COURT** United States District Court
Eastern District of Pennsylvania

**CASE NUMBER** 19-cv-01761

## AFFIDAVIT

State of Pennsylvania
County of Philadelphia

**B&R Control #** PS162042.01
**Reference Number**

James Davis, being duly sworn according to law, deposes and says that he/she is the process server/sheriff herein named, and that the facts set forth below are true and correct to the best of their knowledge, information and belief.

On 4/30/2019 we received the **Summons, Civil Cover Sheet, Case Management Track Designation Form, Complaint** and that service was effected upon **Educational Commission for Foreign Medical Graduates** at **3624 MARKET STREET, 4TH FLOOR, PHILADELPHIA, PA 19104** on **5/1/2019** at **11:59 AM**, in the manner described below:

**By service upon:** Tereena James, Executive Assistant to the President as an agent or person authorized to accept service at usual place of business.

**Description:**
Gender: **FEMALE**   Race/Skin: **BLACK**   Age:   Weight:   Height: **5ft0in - 5ft3in**   Hair: **BLACK**   Glasses: **No**   Other:

Service Notes:

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
BRENDA M. RAVENELL, Notary Public
City of Philadelphia, Phila.County
My Commission Expires December 16, 2019

Sworn to and subscribed before me this

3RD day of MAY 2019

**Process Server/Sheriff**   **Notary Public**

ATTEMPTS:

Client   Phone (215) 569-1999   :   **Filed Date:** 04/23/2019   **BR Serve By:** 05/14/2019

Amber R. Shields, Legal Assistant
Sidney L. Gold & Associates, P.C.
Eleven Penn Center
1835 Market Street - Suite 515
Philadelphia, PA 19103



ORIGINAL