IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT VOORHEES,<br><br>Plaintiff,<br><br>v.<br><br>EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES,<br><br>Defendant. | Civil Action No. 2:19-cv-01761-JD |

## NOTICE OF APPEARANCE

Please enter my appearance on behalf of Defendant Educational Commission for Foreign Medical Graduates in the above-captioned matter.


Dated: May 15, 2019

Respectfully submitted,

*/s/ Anne E. Martinez*
Anne E. Martinez (Pa. ID No. 201189)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA  19103
Phone:  215.963.5000
Fax:     215.963.5001
Email: anne.martinez@morganlewis.com

*Attorney for Defendant*
*Educational Commission For Foreign*
*Medical Graduates*