IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT VOORHEES,<br><br>Plaintiff,<br><br>v.<br><br>EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES,<br><br>Defendant. | Civil Action No. 2:19-cv-01761-JD |

## DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant Educational Commission for Foreign Medical Graduates, by and through its counsel of record, hereby moves this Court to dismiss Plaintiff's Complaint in its entirety with prejudice. For the reasons set forth in the accompanying Memorandum of Law, this Court should grant Defendant's Motion, and order that Plaintiff shall pay the fees and costs incurred by Defendant in preparing and filing Defendant's Motion.

Dated: June 5, 2019

Respectfully submitted,

*/s/ Anne E. Martinez*
Anne E. Martinez (Pa. ID No. 201189)
Sean R. Caulfield (Pa. ID No. 322461)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA  19103
Phone:  215.963.5000
Fax:     215.963.5001
Email: anne.martinez@morganlewis.com
              sean.caulfield@morganlewis.com

*Attorneys for Defendant*
*Educational Commission For Foreign Medical Graduates*