## **CERTIFICATE OF SERVICE**

I, Anne E. Martinez, hereby certify that I caused a true and correct copy of the foregoing *Defendant's Motion to Dismiss Plaintiff's Complaint*, together with the supporting Memorandum of Law, accompanying exhibits, and proposed Order, to be filed and served on the below counsel via the Court's ECF system on June 5, 2019:

Sidney L. Gold
Jamie L. Ford
Sidney L. Gold & Associates, PC
1835 Market Street, Suite 515
Philadelphia, PA  19103
sgold@discrimlaw.net
jford@discrimlaw.net

*Attorneys for Plaintiff*

/s/ Anne E. Martinez
Anne E. Martinez