IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT VOORHEES,<br><br>Plaintiff,<br><br>v.<br><br>EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES,<br><br>Defendant. | Civil Action No. 2:19-cv-01761-JD |

## **PROPOSED ORDER**

AND NOW, this _____ day of _____, 2019, upon consideration of Defendant's Motion to Dismiss Plaintiff's Complaint, and any responses thereto, it is ORDERED that Defendant's Motion is GRANTED and all claims against Defendant are hereby DISMISSED with prejudice.  It is hereby further ORDERED that Plaintiff shall pay the fees and costs incurred by Defendant in preparing and filing Defendant's Motion.

BY THE COURT:

_____
J.