IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT VOORHEES, | CIVIL ACTION NO.: 19-1761 |
| *Plaintiff*, | |
| v. | |
| EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES, | |
| | Honorable Jan E. DuBois |
| *Defendant.* | **JURY TRIAL DEMANDED** |

## STIPULATION TO EXTEND TIME

It is hereby **STIPULATED AND AGREED**, by and between counsel for the Plaintiff, Sidney L. Gold, Esquire and Jamie L. Fold, Esquire and counsel for the Defendant, Anne E. Martinez, Esquire that Plaintiff now has a two (2) week extension of time until Wednesday, **July 3, 2019** to respond to Defendant's Motion to Dismiss. No prior extensions have been requested.

| **MORGAN LEWIS & BOCKIUS** | **SIDNEY L. GOLD & ASSOC., P.C.** |
|---|---|
| /s/ *Sean R. Caulfield* | /s/Jamie L. Ford, Esquire |
| Sean R. Caulfield, Esquire | Jamie L. Ford, Esquire |
| 1701 Market Street | I.D. 320631 |
| Philadelphia, PA 19103 | 1835 Market St., Ste. 525 |
| 215-963-5000 | Philadelphia, PA 19103 |
| Attorney for Defendant | (215) 569-1999 |
| | Attorney for Plaintiff |
| Dated: June 14, 2019 | Dated: 06/14/19 |
| | By the Court: Jan E. DuBois<br>J.  6/14/19 |

1