IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT VOORHEES, | : | **CIVIL ACTION NO.:** 19-1761 |
| | : | |
| *Plaintiff,* | : | |
| | : | |
| v. | : | |
| | : | |
| EDUCATIONAL COMMISSION FOR | : | |
| FOREIGN MEDICAL GRADUATES, | : | |
| | : | Honorable Jan E. DuBois |
| *Defendant.* | : | **JURY TRIAL DEMANDED** |

## ORDER

**AND NOW** this _____ day of _____, 2019, upon consideration of Defendant's Motion to Dismiss Plaintiff's Complaint and Plaintiff's Response thereto, it is hereby **ORDERED and DECREED** that Defendant's Motion to Dismiss Plaintiff's Complaint is hereby **DENIED,** in its entirety**.**

                                                                **BY THE COURT:**

                                                                _____

                                                                 **Honorable Jan E. DuBois**