IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT VOORHEES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EDUCATIONAL COMMISSION FOR<br>FOREIGN MEDICAL GRADUATES,<br><br>　　　　Defendant. | Civil Action No. 2:19-cv-01761-JD |

### [Proposed] ORDER

Now, this _____ day of _____, 2019, upon consideration of Defendant's Motion for Leave to File a Reply Memorandum of Law in Further Support of Its Motion to Dismiss Plaintiff's Complaint, it is hereby ordered that the Motion is **GRANTED**. Defendant is hereby granted leave to file its proposed Reply Memorandum of Law, attached as Exhibit A to the Motion for Leave. The Clerk shall deem Defendant's Reply Memorandum of Law to be filed.

　　　　　　　　　　　　　　　　　　　　SO ORDERED BY THE COURT:

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　DuBois, U.S.D.J.