## **CERTIFICATE OF SERVICE**

I, Anne E. Martinez, hereby certify that on this 15th day of July, 2019, a true and correct copy of Defendant's Motion for Leave to File a Reply Memorandum of Law in Further Support of its Motion to Dismiss Plaintiff's Complaint and accompanying proposed memorandum of law in support thereof was served upon the following via the Court's ECF system on July 15, 2019:

Sidney L. Gold
Jamie L. Ford
Sidney L. Gold & Associates, PC
1835 Market Street, Suite 515
Philadelphia, PA 19103
(215) 569-1999
sgold@discrimlaw.net
jford@discrimlaw.net

*Attorneys for Plaintiff*

/s/ Anne E. Martinez
Anne E. Martinez