IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT VOORHEES, | |
| Plaintiff, | |
| v. | Civil Action No. 2:19-cv-01761-JD |
| EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES, | |
| Defendant. | |

### [~~Proposed~~] ORDER

Now, this 16th day of JULY, 2019, upon consideration of Defendant's Motion for Leave to File a Reply Memorandum of Law in Further Support of Its Motion to Dismiss Plaintiff's Complaint, it is hereby ordered that the Motion is **GRANTED**. Defendant is hereby granted leave to file its proposed Reply Memorandum of Law, attached as Exhibit A to the Motion for Leave. The Clerk shall deem Defendant's Reply Memorandum of Law to be filed.

SO ORDERED BY THE COURT:

_Jan E. DuBois_
DuBois, U.S.D.J.