IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ROBERT VOORHEES**<br>    **Plaintiff,**<br><br>    v.<br><br>**EDUCATIONAL COMMISSION FOR**<br>**FOREIGN MEDICAL GRADUATES,**<br>    **Defendant.** | **CIVIL ACTION**<br><br><br><br>NO.  19-1761 |

**O R D E R**

**AND NOW**, this 13th day of September, 2019, upon consideration of Defendant's Motion to Dismiss Plaintiff's Complaint (Document No. 6, filed June 5, 2019), and the related submissions of the parties, following a telephone status conference with the parties, through counsel, on September 13, 2019, **IT IS ORDERED** that a Hearing on Defendant's Motion to Dismiss Plaintiff's Complaint is **SCHEDULED** for Thursday, September 26, 2019, at 1:30 p.m., in Courtroom 12-B, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania 19106.  All counsel shall attend the Hearing.

                                              **BY THE COURT:**

                                              **/s/ Hon. Jan E. DuBois**
                                              _____
                                                **DuBOIS, JAN E., J.**