## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**Date of Notice: September 18, 2019**

| | |
|---|---|
| **ROBERT VOORHEES**<br>            **Plaintiff,** | **CIVIL ACTION** |
| v. | |
| **EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES,**<br>            **Defendant.** | **NO. 19-1761** |

### NOTICE

Please be advised that a Hearing on Defendant's Motion to Dismiss is **SCHEDULED** for **Thursday, September 26, 2019** at **1:30 P.M.** in Courtroom 12-B, 12th Floor, U.S. Courthouse, 601 Market Street, Philadelphia, Pennsylvania. All counsel shall attend the Hearing.

Sincerely,

s/ Ms. M. Hull
Deputy Clerk to Judge DuBois
267-299-7339

cc: Sidney L. Gold, Esquire
Jamie L Ford, Esquire
Anne E. Martinez, Esquire
Sean R. Caulfield, Esquire