### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**Date of Notice: September 18, 2019**

| | |
|---|---|
| **ROBERT VOORHEES**<br>　　　　**Plaintiff,** | **CIVIL ACTION** |
| **v.** | |
| **EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES,**<br>　　　　**Defendant.** | **NO.  19-1761** |

### **NOTICE**

Please be advised that the Hearing on Defendant's Motion to Dismiss is scheduled for Thursday, September 26, 2019 at 1:30 P.M. is **CONTINUED** until further order of the Court.

　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　　<u>s/ Ms. M. Hull</u>
　　　　　　　　　　　　　　　　Deputy Clerk to Judge DuBois
　　　　　　　　　　　　　　　　267-299-7339

cc:　　Sidney L. Gold, Esquire
　　　　Jamie L Ford, Esquire
　　　　Anne E. Martinez, Esquire
　　　　Sean R. Caulfield, Esquire