IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTOINETTE COLON,<br>          Plaintiff,<br><br>v.<br><br>EDUCATIONAL COMMISSION FOR<br>FOREIGN MEDICAL GRADUATES,<br>          Defendant. | CIVIL ACTION<br><br><br><br><br>NO.  19-1738 |
| ROBERT VOORHEES<br>          Plaintiff,<br><br>v.<br><br>EDUCATIONAL COMMISSION FOR<br>FOREIGN MEDICAL GRADUATES,<br>          Defendant. | CIVIL ACTION<br><br><br><br><br>NO.  19-1761 |

## O R D E R

**AND NOW**, this 16th day of October, 2019, upon consideration of Joint Motion to Stay Proceedings (Document No. 10, in Civil Action No. 19-1738, Document No. 18, in Civil Action No. 19-1761, filed October 16, 2019), it appearing from the Motion that the parties seek a sixty (60) day stay of proceedings because of the hospitalization of plaintiff, Robert Voorhees, and good cause appearing, **IT IS ORDERED** that Joint Motion to Stay Proceedings is **GRANTED** and the case is **STAYED** sixty (60) days, that is, until December 16, 2019.

**IT IS FURTHER ORDERED** that, on or before December 16, 2019, the parties, through counsel, shall jointly report to the Court (letter to Chambers, Room 12613), with respect to the status of plaintiff, Robert Voorhees, and the need for scheduling further proceedings.

                                                                        **BY THE COURT:**

                                                                        /s/ Hon. Jan E. DuBois
                                                                        _____
                                                                        **DuBOIS, JAN E., J.**