## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ANTOINETTE COLON,** | **CIVIL ACTION** |
| **Plaintiff,** | |
| **v.** | |
| **EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES,** | **NO.  19-1738** |
| **Defendant.** | |
| **ROBERT VOORHEES** | **CIVIL ACTION** |
| **Plaintiff,** | |
| **v.** | |
| **EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES,** | **NO.  19-1761** |
| **Defendant.** | |

## O R D E R

**AND NOW**, this 17th day of December, 2019, these actions having been stayed for sixty (60) days, that is, until December 16, 2019, by reason of the hospitalization of plaintiff, Robert Voorhees,[1] and plaintiff's counsel having reported to the Court that plaintiff has recovered and that the cases may be removed from Civil Suspense,[2] **IT IS ORDERED** that the stay of proceedings imposed by Order dated October 16, 2019, is **VACATED**.

**IT IS FURTHER ORDERED** that, on or before December 30, 2019, the parties shall provide the Court with a joint proposed scheduling order covering both cases.  A telephone conference for the purpose of scheduling both cases will then be conducted.

**BY THE COURT:**

**/s/ Hon. Jan E. DuBois**

_____

**DuBOIS, JAN E., J.**

---

[1]     *See* Order dated October 16, 2019.

[2]     A copy of the letter from counsel for plaintiff dated December 16, 2019, shall be docketed by the Deputy Clerk.