# LAW OFFICES OF
# SIDNEY L. GOLD & ASSOCIATES
#### A PROFESSIONAL CORPORATION

1835 MARKET STREET, SUITE 515
PHILADELPHIA, PA 19103
(215) 569-1999   FAX (215) 569-3870

SIDNEY L. GOLD \*\* ++ \*
TRACI M. GREENBERG\* \*\*
NEELIMA VANGURI\*
WILLIAM RIESER\*
JAMIE L. FORD\*
LEANNE LANE COYLE \*

\*   ALSO ADMITTED IN NEW JERSEY
\*\*  ALSO ADMITTED IN NEW YORK
++  ALSO ADMITTED IN DISTRICT OF COLUMBIA

December 16, 2019

<u>Via Fax Only: 215-580-2141</u>
Honorable Jan E. DuBois
Room 12613
James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Re:  **Robert Voorhees v. Educational Commission for Foreign Medical Graduates**
<u>U.S. Eastern District of Pa., Civil Action No.: 19-1761</u>

Re:  **Antoinette Colon v. Educational Commission for Foreign Medical Graduates**
<u>U.S. Eastern District of Pa., Civil Action No.: 19-1738</u>

Dear Judge DuBois:

As Your Honor is aware, the above-referenced matters were stayed due to Plaintiff Voorhees' hospitalization. Mr. Voorhees has since recovered and been released from the hospital. As such, we respectfully request that the above matters be taken out of civil suspense. I have conferred with counsel for Defendant and she concurs in this request. Should Your Honor wish to schedule a telephone conference to discuss the same, we remain available.

Thank you for your consideration.

Respectfully,

*Jamie L. Ford*
JAMIE L. FORD

JLF/ars

cc:  Anne E. Martinez, Esquire (via email)
     Sean R. Caulfield, Esquire (via email)