# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Date of Notice: January 16, 2020

| | |
|---|---|
| **ROBERT VOORHEES**<br>    Plaintiff,<br><br>v.<br><br>**EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES,**<br>    Defendant. | CIVIL ACTION<br><br><br><br>NO. 19-1761 |

## NOTICE

Please be advised that a Hearing on Defendant's Motion to Dismiss is **SCHEDULED** for **Tuesday, March 03, 2020** at **2:30 P.M.** in Courtroom 12-B, 12th Floor, U.S. Courthouse, 601 Market Street, Philadelphia, Pennsylvania.  All counsel shall attend the Hearing.

Sincerely,

s/ Ms. M. Hull
Deputy Clerk to Judge DuBois
267-299-7339

cc:   Sidney L. Gold, Esquire
      Jamie L Ford, Esquire
      Anne E. Martinez, Esquire
      Sean R. Caulfield, Esquire