# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ROBERT VOORHEES**<br>　　　　Plaintiff, | **CIVIL ACTION** |
| v. | |
| **EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES,**<br>　　　　Defendant. | **NO. 19-1761** |

## O R D E R

**AND NOW**, this 6th day of March, 2020, upon consideration of Defendant's Motion to Dismiss Plaintiff's Complaint (Document No. 6, filed June 5, 2019), Plaintiff's Memorandum of Law in Opposition to Defendant's Motion to Dismiss Plaintiff's Complaint (Document No. 9, filed July 3, 2019), Defendant's Reply Memorandum of Law in Further Support of its Motion to Dismiss Plaintiff's Complaint (Document No. 12, filed July 16, 2019), following a Hearing on March 3, 2020, for the reasons stated in the accompanying Memorandum dated March 6, 2020, **IT IS ORDERED** that defendant's Motion to Dismiss is **DENIED**.

**IT IS FURTHER ORDERED** that a preliminary pretrial conference will be scheduled in due course.

　　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　　**/s/ Hon. Jan E. DuBois**

　　　　　　　　　　　　　　　　　　　**DuBOIS, JAN E., J.**