IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Date of Notice:        April 8, 2020

| | |
|---|---|
| **ROBERT VOORHEES**<br>　　　　Plaintiff, | **CIVIL ACTION** |
| v. | |
| **EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES,**<br>　　　　Defendant. | **NO. 19-1761** |

## NOTICE

Please be advised that a **PRELIMINARY PRETRIAL TELEPHONE CONFERENCE** will be held by telephone on **Friday, May 08, 2020 at 3:00 P.M.,** with the Honorable Jan E. DuBois. **Counsel for plaintiff shall initiate the telephone conference** and when all counsel are on the line, call Chambers at (215) 597-5579.

Attached is the Court's Scheduling and Discovery Policy and a Conference Information Report which counsel are required to complete and forward to the Court **at least two days prior to** the day of the Conference. Do not docket the Report.

Counsel are also required to comply with the provisions of Federal Rule of Civil Procedure 26 (f) by conferring before the Preliminary Pretrial Conference for the purpose of preparing a joint proposed case management plan. The joint proposed case management plan should be submitted to the Court before the Preliminary Pretrial Conference.

In the event trial counsel in this case is on trial in a Court of record at the time of the Preliminary Pretrial Conference, another attorney in that trial attorney's office, who should be familiar with the case, is required to appear at the Preliminary Pretrial Conference. The Conference will be continued to another date only in exceptional circumstances.

Any attorneys who are not admitted to the Bar of this Court, and who want to participate in the Preliminary Pretrial Conference, should arrange to have local counsel file on their behalf, before the Conference, a motion for leave to appear *pro hac vice*.

　　　　　　　　　　　　　　　　/s/ Ms. M. Hull

　　　　　　　　　　　　　　　　Deputy Clerk to Judge DuBois
　　　　　　　　　　　　　　　　267-299-7339

cc:　　Sidney L. Gold, Esquire　　　Jamie L. Ford, Esquire
　　　　Anne E. Martinez, Esquire
　　　　Sean R. Caulfield, Esquire