IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT VOORHEES,<br><br>Plaintiff,<br><br>v.<br><br>EDUCATIONAL COMMISSION FOR<br>FOREIGN MEDICAL GRADUATES,<br><br>Defendant. | Civil Action No. 2:19-cv-01761-JD |

## NOTICE OF APPEARANCE

Please enter my appearance on behalf of Defendant Educational Commission for Foreign Medical Graduates in the above-captioned matter.


Dated: April 29, 2020

Respectfully submitted,

*/s/ A. Klair Fitzpatrick*
A. Klair Fitzpatrick (Pa. ID No. 309329)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA  19103
Phone:  215.963.5000
Fax:     215.963.5001
Email: klair.fitzpatrick@morganlewis.com

*Attorney for Defendant*
*Educational Commission For Foreign*
*Medical Graduates*

## **CERTIFICATE OF SERVICE**

      I, Klair Fitzpatrick, hereby certify that a true and correct copy of the foregoing Notice of Appearance was filed electronically and is available for viewing and downloading from the ECF system of the U.S. District Court for the Eastern District of Pennsylvania, and that I served the same via electronic filing on April 29, 2020 upon all counsel of record.

                                        */s/ A. Klair Fitzpatrick*
                                        A. Klair Fitzpatrick