# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT VOORHEES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>EDUCATIONAL COMMISSION FOR<br>FOREIGN MEDICAL GRADUATES,<br><br>　　　　　Defendant. | Civil Action No. 2:19-cv-01761-JD |

## **NOTICE OF WITHDRAWAL OF APPEARANCE OF ANNE E. MARTINEZ, ESQ.**

　　　　Please withdraw the appearance of Anne E. Martinez as attorney for Defendant in the above-captioned matter.

Dated: April 29, 2020　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Anne E. Martinez*
　　　　　　　　　　　　　　　　　　　　　　　Anne E. Martinez (Pa. ID No. 201189)
　　　　　　　　　　　　　　　　　　　　　　　MORGAN, LEWIS & BOCKIUS LLP
　　　　　　　　　　　　　　　　　　　　　　　1701 Market Street
　　　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA  19103
　　　　　　　　　　　　　　　　　　　　　　　Phone:  215.963.5000
　　　　　　　　　　　　　　　　　　　　　　　Fax:     215.963.5001
　　　　　　　　　　　　　　　　　　　　　　　Email: anne.martinez@morganlewis.com

　　　　　　　　　　　　　　　　　　　　　　　*Attorney for Defendant*
　　　　　　　　　　　　　　　　　　　　　　　*Educational Commission For Foreign*
　　　　　　　　　　　　　　　　　　　　　　　*Medical Graduates*

**CERTIFICATE OF SERVICE**

  I, Anne E. Martinez, hereby certify that a true and correct copy of the foregoing Notice of Withdrawal of Appearance was filed electronically and is available for viewing and downloading from the ECF system of the U.S. District Court for the Eastern District of Pennsylvania, and that I served the same via electronic filing on April 29, 2020 upon all counsel of record.

*/s/ Anne E. Martinez*
Anne E. Martinez