IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ROBERT VOORHEES**<br>            **Plaintiff,**<br><br>            v.<br><br>**EDUCATIONAL COMMISSION FOR**<br>**FOREIGN MEDICAL GRADUATES,**<br>            **Defendant.** | **CIVIL ACTION**<br><br><br><br>NO.  19-1761 |

# O R D E R

**AND NOW**, this 29th day of September, 2020, upon consideration of the joint report[1] of the parties in which they advised they agreed to proceed with private mediation in November 2020, and requested a *vacatur* of the Scheduling Order dated May 8, 2020, **IT IS ORDERED** as follows:

1. All proceedings in this case are **STAYED** until further order of the Court so as to allow the parties to proceed with private mediation;

2. The Clerk of Court shall **TRANSFER** the case to the Civil Suspense File;

3. The Clerk shall **MARK** the case **CLOSED FOR STATISTICAL PURPOSES**;

4. The Court shall **RETAIN** jurisdiction over the case and the case shall be **RETURNED** to the Court's active docket when there are no impediments to further proceedings and the case may proceed to final disposition;

5. The entry of this Order is **WITHOUT PREJUDICE** to the rights of any party to request that the case be returned to the Court's active docket; and,

6. The parties, through counsel, shall file and serve a joint status report on or before December 4, 2020, or more frequently if warranted by the circumstances.  In the event the case is

---

[1] A copy of the joint report of the parties dated September 25, 2020, shall be docketed by the Deputy Clerk.

not settled on or before December 4, 2020, the parties shall include in their joint report a proposed schedule for all further proceedings. One (1) copy of the joint status report shall be served on the Court (Chambers, Room 12613) when the original is filed.

**BY THE COURT:**

**/s/ Hon. Jan E. DuBois**

**DuBOIS, JAN E., J.**