** INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY **

| TIME RECEIVED | REMOTE CSID | DURATION | PAGES | STATUS |
|---|---|---|---|---|
| September 25, 2020 at 4:18:55 PM EDT | Morgan Lewis | 89 | 2 | Received |

Case 2:19-cv-01761-JD   Document 37   Filed 09/30/20   Page 1 of 2

To: Page 1 of 3     2020-09-25 20:17:26 (GMT)     Morgan Lewis  From: Christinzio, Nicole

# Morgan Lewis

www.morganlewis.com

## FAX COVER SHEET

| | |
|---|---|
| **FROM** | Christinzio, Nicole |
| **TO** | |
| **COMPANY** | |
| **FAX NUMBER** | 12155802141 |
| **DATE** | 2020-09-25 20:13:39 GMT |
| **RE** | ATTN: Hon. Jan E. DuBois, U.S.D.J. |

## COVER MESSAGE

DISCLAIMER
This e-mail message is intended only for the personal use of the recipient(s) named above. This message may be an attorney-client communication and as such privileged and confidential and/or it may include attorney work product. If you are not an intended recipient, you may not review, copy or distribute this message. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.

# Morgan Lewis

**A. Klair Fitzpatrick**
+1.215.963.4935
klair.fitzpatrick@morganlewis.com

September 25, 2020

**VIA FACSIMILIE (215-580-2141) & E-MAIL (Leesa_Ciamaichelo@paed.uscourts.gov)**

Hon. Jan E. DuBois, U.S.D.J.
United States District Court, Eastern District of Pennsylvania
601 Market Street, Courtroom 12613
Philadelphia, Pennsylvania 19106

Re: *Robert Voorhees v. Educational Commission for Foreign Medical Graduates*; U.S. District Court for the Eastern District of Pennsylvania; Case No. 2:19-cv-01761-JD

Dear Judge DuBois:

This Firm represents Defendant Educational Commission for Foreign Medical Graduates in the above-referenced matter. Pursuant to this Court's directive during the September 16, 2020 conference, we write jointly with Plaintiff Robert Voorhees to inform the Court that the parties have agreed to engage in private mediation.

The parties currently are working to schedule a date for the mediation in November 2020. As discussed during the September 16, 2020 conference, Plaintiff and Defendant jointly and respectfully request a *vacatur* of the current case deadlines, so that they can focus their efforts on exploring a potential resolution. If the parties are unable to reach a resolution of this matter, we will inform the Court by Friday, December 4, 2020, and propose deadlines for a new scheduling order.

We thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ A. Klair Fitzpatrick*

A. Klair Fitzpatrick

cc: Jamie L. Ford (via email)

**Morgan, Lewis & Bockius** LLP

1701 Market Street
Philadelphia, PA 19103-2921
United States
+1.215.963.5000
+1.215.963.5001